1   ANN C. MOORMAN (CSB 130144)
    LAW OFFICES OF ANN C. MOORMAN
2   308 S. School Street
    Ukiah, California 95482
3   Telephone: (707) 462-1844
    Facsimile:   (707) 468-0522
4
    Attorneys for Defendant
5   LATRICE HAWKINS

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11
    UNITED STATES OF AMERICA,          )      No. CR 04-00180-01 CRB
12                                      )
                  Plaintiff,            )
13                                      )      STIPULATION AND
           v.                           )      [PROPOSED] ORDER
14                                      )      RESETTING DATE
    LATRICE HAWKINS,                    )
15                                      )
                  Defendant.            )
16  _____)

17         IT IS HEREBY STIPULATED between the plaintiff through its attorney, Kirstin M. Ault,

18  Assistant United States Attorney and defendant Latrice Hawkins, through her counsel, Ann C.

19  Moorman, that the appearance in this matter now scheduled for June 23, 2009 at 9:30 a.m. before

20  Magistrate Judge Spero, shall be vacated and rescheduled for June 17, 2009 at 9:30 a.m. for her initial

21  appearance on a recently filed Form 12 Petition.  Assistant United States Probation Officer Nicole

22  Fairchild has no objection to this request.

23  IT IS SO STIPULATED:

24  DATED: June 10, 2009                      ____/s/ Kirstin M. Ault_____
                                              KIRSTIN M. AULT
25                                            Assitant United States Attorney

26  DATED: June 10, 2009                      ____/s/ Ann C. Moorman_____
                                              ANN C. MOORMAN
27                                            Attorney for Defendant LATRICE HAWKINS

28

Stipulation and Order Resetting Date
(Case No. CR 04-00180-01 CRB)                    1

ORDER

IT IS SO ORDERED that the hearing  previously scheduled for June 23, 2009 at 9:30 a.m., before the Honorable Joseph C. Spero, be reset for June 17, 2009 at 9:30 a.m..  The defendant is ordered to be present.

DATED: ___06/15/09_____

_____
JUDGE _____ER
UNITED _____ COURT

Judge Joseph C. Spero