ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 95482
Telephone: 707-462-1844
Facsimile:  707-468-0522

Attorneys for Defendant
LATRICE HAWKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 04-00180-01 CRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER RESETTING DATE |
| LATRICE HAWKINS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Kirstin M. Ault, Assistant United States Attorney and defendant Latrice Hawkins, through her counsel, Ann C. Moorman, that the appearance in this matter now scheduled for August 5, 2009 at 2:15 p.m. before Honorable Judge Charles R. Breyer, shall be vacated and rescheduled for September 2, 2009 at 2:15 p.m. for the initial appearance relating to the recently filed Form 12 Petition.

IT IS SO STIPULATED:

DATED: August 4, 2009          /s/ Kirstin M. Ault
                                KIRSTIN M. AULT
                                Assitant United States Attorney

DATED: August 4, 2009          /s/ Ann C. Moorman
                                ANN C. MOORMAN
                                Attorney for Defendant Latrice Hawkins

**ORDER**

IT IS HEREBY ORDERED that the hearing previously scheduled for August 5, 2009 at 2:15 p.m., before the Honorable Charles R. Breyer, be reset for September 2, 2009 at 2:15 p.m.. The defendant is ordered to be present.

DATED: August 5, 2009

_____
JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT